CALLISTER NEBEKER & McCULLOUGH
Randall D Benson (0295)
Craig T. Jacobsen (5492)
Gateway Tower East Suite 900
10 East South Temple
Salt Lake City, UT 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127



FILED

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LASALLE NATIONAL BANK, as Trustee for the Registered Holders of the Asset Securitization Corporation Commercial Mortgage Pass-Through Certificate Series 1996-D2,<br><br>Plaintiff,<br><br>vs.<br><br>324 SOUTH STATE, LLC, a Delaware limited liability company; FIRST AMERICAN TITLE INSURANCE AGENCY, INC., a Utah corporation, in its capacity as trustee; DOERKEN REAL ESTATE SERVICES, INC., a California corporation; EXCHANGE MANAGEMENT, LLC a Utah limited liability company; WILCOM, INC., a Utah corporation d/b/a Jani-King of Salt Lake City; SMITTY'S ENTERPRISES, INC., a Utah corporation; MECHANICAL SERVICE & SYSTEMS; INC., a Utah corporation; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 324 SOUTH STATE | **RULE 41(a)(1) NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Civil No. 2:03-CV-455DB<br><br>Judge:    Dee Benson |

385558.1



STREET; DIG-D CONSTRUCTION CORPORATION, a Utah corporation; SALT LAKE CITY CONSTRUCTION COMPANY, a Utah corporation; COSTELLO COMPANY, INC., a Utah corporation; ISS BUILDING MAINTENANCE, INC.; BOMEL CONSTRUCTIONS CO., INC., a California corporation; IRELL & MANELLA, LLP, a California limited liability company; and JOHN DOES 1-10,

   Defendants.

  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby submits this Notice of Dismissal, thereby dismissing this case without prejudice.

  DATED this __17th__ day of October, 2003.

            CALLISTER NEBEKER & McCULLOUGH

            _____
            Craig T. Jacobsen

## CERTIFICATE OF SERVICE

I hereby certify that on the __17__ day of October, 2003, a true and correct copy of the foregoing **NOTICE OF DISMISSAL** served via United States Mail, first class postage prepaid, on the following:

> David B. Watkiss
> Anthony C. Kaye
> Angela W. Adams
> BALLARD SPAHR ANDREWS & INGERSOLL, LLP
> One Utah Center, Suite 600
> 201 South Main Street
> Salt Lake City, UT 84111-2221
>
> James C. Bastian Jr., Esq.
> MARSHACK SHALMAN HODGES & BASTIAN
> 26632 Towne Center, Suite 300
> Foothill Ranch, CA 92619-2808
>
> Robert Babcock, Esq.
> 57 West South Temple #800
> Salt Lake City, UT 84101
>
> Paul W. Werner, Esq.
> STOEL RIVES, LLP
> 201 South Main Street, Suite 1100
> Salt Lake City, UT 84111

/s/ Susan Kirchner